IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

v.

QUENISE YOUNG, et al.,

        Defendants.

                                    /

No. C 10-80119M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

(1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

(2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

(3) a court order for the defendants to be subjected to a lie detector test;

(4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

        The Court has reviewed the instant complaint, C 10-80119M, and

1  finds that it alleges that Defendants have engaged in various
2  terrorist acts.  Because this complaint concerns several of the
3  matters mentioned in the pre-filing order, the Clerk of the Court
4  is ordered not to file it.  Instead, the complaint shall be
5  returned to Plaintiff.
6      IT IS SO ORDERED.

8  Dated: JAN 0 9 2010

   CLAUDIA WILKEN
   United States District Judge